IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:11CR3140 |
| v. | ) | |
| MICHAEL S. SACCA, | ) | ORDER |
| Defendant. | ) | |

A conference was held with counsel today.

IT IS ORDERED that:

(1) Defense counsel shall have until September 11, 2012 to file an additional variance motion and brief.

(2) Defense counsel shall give the undersigned a precise estimate of the necessary length of time for the evidentiary hearing on the amount of pseudoephedrine involved.

(3) The defendant's sentencing hearing is rescheduled to Friday, October 12, 2012, at 12:00 noon. Three hours are currently set aside for the hearing.

DATED this 28th day of August, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge